UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANO PEREZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK EATON, Warden,<br><br>　　　　　　Respondent. | Case No. 8:21-cv-00888-FLA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The court has engaged in de novo review of those portions of the Report to which Petitioner has objected.  The court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered (1) granting the Motion to Dismiss; and (2) dismissing the Petition with prejudice.

Dated: November 9, 2021

　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge