JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANO PEREZ, | Case No. 8:21-cv-00888-FLA (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PATRICK EATON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition for a Writ of Habeas Corpus is DISMISSED with prejudice.

Dated: November 9, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge